UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 3 0 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

| | | |
|---|---|---|
| LESLIE RICHARDSON | § | C.A. NO. 5:19-CV-473 |
| | § | |
| V. | § | |
| | § | |
| WALMART STORES TEXAS, LLC | § | |
| d/b/a WALMART #01313 | § | JURY DEMANDED |

## ORDER REMANDING CASE TO STATE COURT

On this day, the Court considered the Parties' Agreed Motion to Remand. Having considered the Parties' Motion, the response, and arguments of counsel, the Court is of the opinion that the Motion should be GRANTED. It is therefore:

ORDERED that the Court will remand C.A. No. 5:19-CV-473; *Leslie Richardson v. Walmart Stores Texas, LLC d/b/a Walmart #01313*; In the Western District of Texas, San Antonio Division to the County Court at Law of Bexar County, Texas.

SIGNED this _____ day of ___July___, 2019.

_____
CHIEF U.S. DISTRICT JUDGE
ORLANDO GARCIA